IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

GABRIELA NIETO-SIGARAN,                      §
                                             §
           *Petitioner*,                     §
                                             §
V.                                           §      CIVIL ACTION NO. SA-26-CV-00072-FB
                                             §
ACTING DIRECTOR TODD M. LYONS,               §
MIGUEL VERGARA, DIRECTOR                     §
DAREN K. MARGOLIN, and WARDEN,               §
Dilley Immigration Processing Center,        §
                                             §
           *Respondents*.                    §

## FINAL JUDGMENT

The Court considered the Judgment to be entered in the above-styled and numbered cause. Consistent with the Order Granting Petition for Writ of Habeas Corpus signed this date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) is GRANTED such that Respondents are ORDERED to release Petitioner Gabriela Nieto-Sigaran (File No. A241-956-289) from their custody according to the terms and conditions set forth in the Court's Order.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that Petitioners' request for an award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, is DENIED.  Motions pending, if any, are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 23rd day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE